SCWC-14-0001184

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

KAHUKU PLANTATION RESIDENTS ASSOCIATION, ALLAN TEJADA, RAMONA TEJADA, et al., Petitioners/Plaintiffs-Appellants,

vs.

WILLIAM AILA, personally, as State Historical Preservation Officer, also as Chairman of Board of Land and Natural Resources and Director of Department of Land and Natural Resources, et al., Respondents/Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-14-0001184; CIV. NO. 13-1-2936)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Pollack, and Wilson, JJ., and Circuit Judge Ayabe, in place of McKenna, J., recused)

Petitioners/Plaintiffs-Appellants' application for writ

of certiorari filed on October 13, 2015, is hereby rejected.

DATED: Honolulu, Hawai'i, November 20, 2015.

Anthony P. Locricchio
for petitioners

Lex R. Smith and
Jesse W. Schiel
for respondent
Continental Pacific

Paul S. Aoki and
Nicolette Winter for
respondents City and
County of Honolulu, et al.

Crystal K. Rose and
Matthew C. Shannon for
respondents Lex. R. Smith
and Kobayashi Sugita and Goda

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Richard W. Pollack

/s/ Michael D. Wilson

/s/ Bert I. Ayabe

